UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA SWENSON and GERALD SWENSON, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>MOBILITYLESS, LLC; GABOR SMATKO; MONICA SMATKO; and JOHN DOES I-X,<br><br>　　　　Defendants. | Civil Action No. 19-30168-MGM |

SCHEDULING ORDER

July 21, 2021

MASTROIANNI, U.S.D.J.

　　　　The following schedule is entered based on the parties' proposed schedule (Dkt. No. 46) and the schedule set at the initial scheduling conference on July 21, 2021:

1. The parties shall exchange initial disclosures by **July 30, 2021**.

2. The parties shall serve written discovery requests by **September 3, 2021**.

3. Any amendments to the pleadings shall be made by **December 31, 2021**.

4. Fact discovery shall be completed by **April 29, 2022**.

5. Depositions of non-expert witnesses shall be completed by **April 29, 2022**.

6. The parties shall designate and disclose expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2) by **April 1, 2022** (Plaintiffs) and by **May 13, 2022** (Defendants).

7. Expert depositions shall be completed by **May 31, 2022** (Plaintiffs) and by **June 30, 2022** (Defendants).

8. Plaintiffs' motion for class certification shall by filed by **April 8, 2022**. Defendants' opposition is due by **May 6, 2022**. Plaintiff's reply is due by **May 20, 2022**.

9.  Dispositive motions, if any, shall be filed by **August 31, 2022**. Oppositions shall be filed by **September 30, 2022**. Replies, if any, shall be filed within 14 days after oppositions are filed. *See* Local Rule 56.1.

10. A hearing on any filed dispositive motions will be held on **November 7, 2022 at 10:00 a.m.** If no dispositive motions are filed, this hearing will be converted to an initial pretrial conference.

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge