UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTTS

| | |
|---|---|
| BARBARA SWENSON; GERALD SHEARON, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>MOBILITYLESS, LLC; GABOR SMATKO; MONICA SMATKO; et al.<br><br>Defendants. | Civil Action No. 3:19-CV-30168 |

### **DEFENDANTS' [*UNOPPOSED*] MOTION TO CONTINUE HEARING**

Defendants hereby respectfully move that the Court continue the hearing on Plaintiffs' Motion for Class Certification (Dkt. No. 60) and First Motion for Injunctive Relief (Dkt. No. 76) currently scheduled for an in-person hearing on **September 23, 2022 at 2:00 p.m.** to **October, 3, 2022 at 11:00 a.m.** or as soon thereafter as counsel can be heard.[1]

The grounds for said motion are that Jeffrey Morneau, counsel for the Defendants, is currently scheduled to be in Denver, Colorado with his daughter on September 23, 2022 and would not be available for an in-person hearing on September 23, 2022.

Counsel for the Plaintiffs does not oppose this motion.

---

[1] A hearing on Defendants' Motion for Protective Order Regarding Plaintiffs' Notice of Rule 30(b)96) Depositions is currently scheduled for October 3, 2022 at 11:00 a.m.

Dated: September 15, 2022  Respectfully submitted,

                                        Defendants
                                        By Their Attorneys:

                                        __ **/s/ Jeffrey S. Morneau**_____
                                        Jeffrey S. Morneau, Esq. BBO No. 643668
                                        Chelsea K. Choi, Esq. BBO No. 697440
                                        Connor & Morneau, LLP
                                        273 State Street, Second Floor
                                        Springfield, Massachusetts 01103
                                        Phone (413) 455-1730
                                        Fax (413) 455-1594
                                        E-mail: jmorneau@cmolawyers.com
                                        E-mail: cchoi@cmolawyers.com

## **LOCAL RULE 7.1 CERTIFICATION**

     Pursuant to Local Rule 7.1(a) of this Court, the undersigned hereby certifies that on September 15, 2022, counsel for the parties conferred via telephone. During the telephone conference, Plaintiffs' counsel indicated that they did not and would not oppose this motion.

                                        __ **/s/ Jeffrey S. Morneau**_____
                                        Jeffrey S. Morneau, Esq.

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants on the date of its filing.

Adam Deutsch, Esq. (BBO 569173)
Northeast Law Group, LLC
P.O. Box 60717
Longmeadow, MA 01116
adam@northeastlawgroup.com

                                        __ **/s/ Jeffrey S. Morneau**_____
                                        Jeffrey S. Morneau, Esq.