November 21, 2022

<u>VIA ECF</u>
Honorable Mark G. Mastroianni, U.S.D.C.J.
Springfield Courthouse
United States Courthouse
300 State Street, Suite 120
Springfield, Massachusetts 01105



Adam L. Deutsch, Esq.*
P.O. Box 60717
Longmeadow, MA 01116
Phone (413) 285-3646
Facsimile (413) 200-3305
www.northeastlawgroup.com
*Admitted in MA, NJ, NY

    Re:    **Swenson et al v. Mobilityless, LLC et al**
            **United States District Court District of Massachusetts**
            **Case 3:19-cv-30168**
            **OFFER OF JUDGMENT ACCEPTANCE**

Dear Judge Mastroianni

    On November 18, 2022 Defendants made an Offer of Judgment which the Plaintiffs have accepted. Pursuant to Fed.R.Civ.P. 68, enclosed with this filing is a true and correct copy of the Offer of Judgment and Letter of Acceptance.

    Pursuant to Fed.R.Civ.P. 68, please direct the clerk to enter judgment against all defendants on all counts set forth in the Third Amended Complaint. Plaintiffs will prepare and file a Petition for Attorney's fees and Costs pursuant to the Offer of Judgment.

Sincerely,

<u>/s/ Adam Deutsch</u>
Adam Deutsch, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2022, I caused the foregoing document to be served on following counsel of record by the ECF system.

Jeffrey Morneau, Esq.
jmorneau@cmolawyers.com
Connor & Morneau, LLP
273 State Street, Second Floor
Springfield, Massachusetts 01103

Chelsea Choi, Esq.
cchoi@cmolawyers.com
Connor & Morneau, LLP
273 State Street, Second Floor
Springfield, Massachusetts 01103