# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barbara Swenson et. al.<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Mobilityless, LLC. et. al.,<br>　　　　Defendant, | )<br>)<br>)<br>)  CIVIL ACTION NO. 3:19-30168-MGM<br>)<br>)<br>)<br>) |

## DEFAULT JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, U.S.D.J.**

[ ]　**Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the Plaintiffs Barbara Swenson and Gerald Shearon, against the Defendant Mobilityless LLC. et. al. in accordance with the offer and acceptance of judgment filed on November 21, 2022.

　　　　　　　　　　　　　　　　　　**ROBERT M. FARRELL**,
　　　　　　　　　　　　　　　　　　CLERK OF COURT

Dated November 28, 2022　　　　　　By /s/ *Michael Zamorski*
　　　　　　　　　　　　　　　　　　　　Michael Zamorski
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)　　　　　　　　　　　　　　　　　　[jgm.]